IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of | Case No. 05-50355 |
| HAWKINS, GREGORY LAMONT | Chapter 7 |
| Debtor. | |

## NOTICE OF UNCLAIMED FUNDS

Trustee, Jacqueline Sells Homann, submits her Notice of Unclaimed Funds as follows:

Gregory Lamont Hawkins
913 Leland Avenue
South Bend, IN 46616                                                $1,337. 26

Dated: December 9, 2009

Respectfully submitted,

/s/Jacqueline Sells Homann
Jacqueline Sells Homann
Jones Obenchain, LLP
600 KeyBank Building
202 South Michigan Street
South Bend, Indiana 46601
(574) 233-1194 / Fax (574) 233-8957

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2009, a true and correct copy of the above and foregoing Notice of Unclaimed Funds was served as follows:

Benedict F. Marnocha                        United States Trustee
bfmarnocha@hotmail.com                      ustpregion10.so.ecf@usdoj.gov

 /s/ Jacqueline Sells Homann
Jacqueline Sells Homann